# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NATIONAL PRODUCTS INC., | Case No. 1:20-CV-01620 |
| Plaintiff, | |
| v. | |
| DZINE PRODUCTS, LLC, d/b/a TACKFORM LLC, | JURY TRIAL DEMANDED |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's Third Amended General Order 20-0012 (April 24, 2020), Plaintiff National Products Inc. ("NPI") and Defendant Dzine Products, LLC ("Dzine") hereby submit this Joint Status Report.

**A.    The Progress of Discovery**

NPI filed its Complaint on March 5, 2020, and Dzine was served on March 12, 2020.  As a result of this Court's three General Orders, Dzine's deadline to answer the Complaint is June 18, 2020. As Dzine has yet to answer the Complaint, discovery has yet to begin.

**B.    The Status of Briefing Any Unresolved Motions**

There are no unresolved motions.

**C.    Settlement Efforts**

The parties have discussed settlement and have exchanged proposals.

**D.    Agreed Proposed Schedule for the Next 45 Days**

The parties do not believe the current schedule needs revision.

### E. Agreed Action the Court Can Take Without a Hearing

The parties do not request the Court take any action.

### F. Whether the Parties Believe a Telephonic Hearing Necessary

The parties do not believe a telephonic hearing with Judge Alonso is necessary or urgent.

Dated: May 18, 2020                                      Respectfully submitted,


By: /s/ *Randy R. Micheletti*                     By: /s/ *John K. Burke*
    One of Its Attorneys                          One of Its Attorneys

Randy R. Micheletti, Bar No. 6299511          John K. Burke, Bar No. 6312447
Email: randy@incubateip.com                   Email: jburke@vedderprice.com
INCUBATE IP                                   VEDDER PRICE P.C.
366 Pembroke Ln. #8                           222 North LaSalle Street
Glen Ellyn, IL 60137                          Chicago, IL 60601
Telephone:   312.600.5412                     Telephone:   312.609.7500
                                              Facsimile:   312.609.5005
Attorney for Defendant
DZINE PRODUCTS, LLC, d/b/a                    David K. Tellekson (*pro hac vice* forthcoming)
TACKFORM LLC.                                 Email: dtellekson@fenwick.com
                                              Jessica M. Kaempf (*pro hac vice* forthcoming)
                                              Email: jkaempf@fenwick.com
                                              Jonathan Tamimi (admitted *pro hac vice*)
                                              Email: jtamimi@fenwick.com
                                              FENWICK & WEST LLP
                                              1191 Second Avenue, 10th Floor
                                              Seattle, WA 98101
                                              Telephone:   206.389.4510
                                              Facsimile:   206.389.4511

                                              Attorneys for Plaintiff
                                              NATIONAL PRODUCTS INC.

VP/#36762671

## CERTIFICATE OF SERVICE

The undersigned counsel for National Products Inc. hereby certifies that on this 18th day of May, 2020, he caused the foregoing to be filed with the ECF System, which will deliver a copy to all counsel of record.

Dated: May 18, 2020

Respectfully submitted,

By:  /s/ *John K. Burke*  _____

John K. Burke, Bar No. 6312447
Email: jburke@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, IL 60601
Telephone:    312.609.7500
Facsimile:    312.609.5005

3